UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :   Bankruptcy No.: 15-20201-cmb
Christina D. Trevenen, Debtor       :   Chapter 11
                                    :
Christina D. Trevenen,              :
             Movant                 :
     Vs.                            :
                                    :
Office of the U.S. Trustee,         :   Hrg: 9/14/2016 @ 1:30 PM
             Respondent             :
```

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR FINAL DECREE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Final Decree filed on July 27, 2016 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 16, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: August 17, 2016          /s/Shawn N. Wright
                                Shawn N. Wright, Esquire
                                Counsel for Debtor
                                4 West Manilla Avenue
                                Pittsburgh, PA 15220
                                (412) 920-6565
                                PA--#64103
                                shawn@shawnwrightlaw.com