## PROCEEDING MEMO

1:30 PM

**Date:** September 14, 2016

**In re:** Christina D. Trevenen

**Bankruptcy No.** 15-20201-CMB
Chapter 11 (Not a Small Business)
Doc. 88

**Appearances:**

**Movant(s):** Shawn N. Wright, Esq. for Debtor ✓

**Respondent(s):**

**Creditor(s):**

**Nature of Proceeding:** Motion for Final Decree (88)

**Additional Pleadings:** Certificate of Service NOT FILED
Certificate of No Objection (90)
Fee Petition from Debtor's counsel not filed

**Judge's Notes:**
**Outcome:**

_____ Motion is GRANTED  _____ Order entered

_____ Motion is DENIED  _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED  _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED  _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Handwritten notes:
- to be filed w/ 1 week
- Cont Oct 11 at 1:30
- Fee Pet to be filed by Friday of same week
- Self served for Oct 11 w/ response/objection Oct 3.

FILED
9/14/16 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge