```
                   UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                                 :    Bankruptcy No.: 15-20201-cmb
Christina D. Trevenen, Debtor  :    Chapter 11
                                       :    Hrg: 9/14/2016 @ 1:30 pm
```

### CERTIFICATE OF SERVICE OF MOTION FOR FINAL DECREE AND NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on August 1, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   If more than one method of service was employed, this certificate of service groups

**SERVICE BY FIRST CLASS MAIL:**

Bank of America, N.A.
Attention: Bankruptcy Department
2380 Performance Drive
Richardson, TX 75082

CCB/Idlimb
4590 East Broad Street
Columbus, OH 43213

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


**SERVICE BY ELECTRONIC NOTIFICATION:**

Norma Hildebrand, Esquire, Office of the United States Trustee
Peter Ashcroft, Esquire (for Duquesne Light) pashcroft@bernsteinlaw.com
Andrew Gornall, Esquire (for Bank of America) agornall@KMLlawgroup.com
Jeffrey Hunt, Esquire (for Ingram Borough) jhunt@grblaw.com

S. James Wallace, Esquire (for Eq.Gas) sjw@sjw-pgh.com
For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Attorney for Debtor

/s/Shawn N. Wright
Shawn N. Wright, Esquire
4 West Manilla Avenue
Pittsburgh, PA 15220
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com