**Law Office of Shawn N. Wright, P.C.**
4 West Manilla Avenue
Pittsburgh, PA 15220
(412) 920-6565

Christina Trevenen
Ingram, PA 15205

**Re: Chapter 11 Bankruptcy Filing**

Dear Christina,

This letter outlines my role and the fees associated with my work.

Please be informed that my hourly rate in your case is Two Hundred ($200.00) Dollars per hour.

I will provide you with an itemized printout of all dates and time spent working on your case, including total number of hours. The bulk of my fee will be paid from your retainer amount.    Thank you for paying the upfront costs in your case of $5,000 in order to get your case started.  From those funds, I will pay the court filing fee of One Thousand Seven Hundred Seventeen ($1,717.00) Dollars.

Yours very truly,

/s/Shawn N. Wright

/s/Christina Trevenen