UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 15-20201-cmb |
| Christina D. Trevenen, Debtor | : | Chapter 11 |
| | : | |
| Christina D. Trevenen,   Movant | : | |
| Vs. | : | Hrg: 10/11/2016 @ 1:30 PM |
| No Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 11 BEHALF OF Shawn Wright

To All Creditors and Parties in Interest:

1. Applicant represents Christina D. Trevenen.
2. This is a final application for the period January 21, 2015 to March 28, 2016
3. Date of order appointing professional: 2/18/2015
4. Dates and amounts of previous compensation:$0.00
5. Previous retainer paid to Applicant: $3,233.00
6. Previous interim compensation allowed to Applicant: $0.00
7. Applicant requests additional: Compensation of $0.00 Reimbursement of Expenses of $0.00.
8. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 Judge Bohm, on October 11, 2016 on 1:30p.m.
9. Any written objections must be filed with the court and served on Applicant on or before October 3, 2016, (fourteen (14) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: September 15, 2016

/s/ Shawn Wright
4 West Manilla Ave.
Pittsburgh, PA 15220
412-920-6565
PA ID 64103
shawn@shawnwrightlaw.com