UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 15-20201-cmb |
| Christina D. Trevenen, Debtor | : | Chapter 11 |
| | : | |
| Christina D. Trevenen,    Movant | : | |
| Vs. | : | Hrg: 10/11/2016 @ 1:30 PM |
| No Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO APPROVE PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Professional Fees filed on September 19, 2016 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 4, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 5, 2016        /s/Shawn N. Wright

Shawn N. Wright, Esquire

Counsel for Debtor

4 West Manilla Avenue

Pittsburgh, PA 15220

(412) 920-6565

PA--#64103

shawn@shawnwrightlaw.com