PROCEEDING MEMO

1:30 PM

Date: October 11, 2016

In re: Christina D. Trevenen

Bankruptcy No. 15-20201-CMB
Chapter 11 (Not a Small Business)
Doc. 88

**Appearances:**

**Movant(s):** Shawn N. Wright, Esq. for Debtor ✓

**Respondent (s):**

**Creditor(s):**

**Nature of Proceeding:** Continued Motion for Final Decree (88)

**Additional Pleadings:** Certificate of No Objection (90)
Certificate of Service (93)

**Judge's Notes:**
**Outcome:**

*Final Decree granted.*

_____Motion is GRANTED  _____Order entered

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER: _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____days
Respondent(s) brief due _____days
Trustee's brief due _____days

Carlota M. Böhm
U. S. Bankruptcy Judge

**FILED**

OCT 11 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA